Name: Jason Martin DelPriore
Prison Number: 449385
Place of confinement: Anchorage Correctional Complex West
Mailing Address: 1300 East 4th Ave
City, State, Zip: Anchorage, AK 99501
Telephone: N/A

RECEIVED
MAY 09 2018
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Jason Martin DelPriore,
(Enter full name of plaintiff in this action)

Plaintiff,

vs. Easy Park, Justin McClure, Jamie Shaver, Anchorage Police Department, Sgt Rayne Reynolds, Shaun Henry, Off. Mick Bodillo, Taylor Webster,

(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:18-cv-00113-SLG
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Jason Martin DelPriore
(print your name)

who presently resides at Anchorage Correctional Complex West 1300 East fourth Ave Anchorage, AK 99501
(mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **Easy Park CEO "unknown" John Doe** is a ~~citizen~~ business of (name)
**Alaska**, and is employed as a **business in the municipality. Anchorage**
(state) (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **Justin McClure** is a citizen of (name)
**Alaska**, and is employed as a **Security Officer at Easy Park**.
(state) (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, **Jamie Shaver** is a citizen of (name)
**Alaska**, and is employed as a **Security Officer at Easy Park**
(state) (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 4, Rayne Reynolds _____ is a citizen of
Alaska _____, and is employed as a Police Officer for Anchorage Police dpo.
(state)                                                         (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 5, Shaun Henry _____ is a citizen of
Alaska _____, and is employed as a Police Officer Anchorage Police Department
(state)                                                         (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 6, Taylor Webster _____ is a citizen of
Alaska _____, and is employed as a Police Officer A.P.D.
(state)                                                         (defendant's government position/title)

Defendant No. 7. Mia Badillo ... Officer APD

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 2: On or about  January 14, 2018 (Date), my civil right to Due Process
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Anchorage Police Departments Rayne Reynolds, Shaun Henry, Mia Badillo, Taylor Webster
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

On or about January 14, 2018 Anchorage Police Departments Officer Rayne Reynolds was the Approving Supervisor of Mia Badillo who wrote the Report Case number 18-002041 incident # AI80140340 witch states multipal Civil Rights Violations to Due Process... Rayne Reynolds specicaly was informed by myself to question the "Family" wittnesses and secure the camera footage in witch he neglected to do witch is violation of my Civil Rights to Due Process... I was unlawfully detained and later charged with a criminal offence that evidence was not gathered and wittnesses statements were not gathered AFTER I told them < Rayne Reynolds and Taylor Webster were Key peices of evidence of conspiricey to cover up and legitimise excessive force by EasyPark's Jamie Shaver and Justin McClure whom all opperate under the color of state law in witch I recieved injuries that was denied medical care by not Allowing myself after I was found to have wounds to the back of my head, hands, face, and groin... After Officer dash camera called WatchGuard captured my request for medical numorous times All Civil Rights Due process violations

Claim 4: On or about January 14, 2018 (Date), my civil right to Medical Care
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Anchorage Police Department: Rayne Reynolds, Taylor Webster, Mia Badillo, Shaun Henry
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 4. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

On the 14th of Jan. 2018 Rayne Reynolds, Shaun Henry acting as Aproving Supervisors to Officer Taylor Webster and Mia Badillo after reporting my injuries in police reports after incident by EasyParks Security officers Jamie Shaver and Justin McClure... Knowingly violated my Constitutional Rights to Medical Care. I Jason Delpriore had head injuries, hand injuries, and groin injuries that were denied transportation after requested by myself witch WATCHGUARD Dash Cam of Officer Taylor Webster downloaded And I have As Evidence that I multipal times requested to be seen by hospital but was denied... witch violates my civil Rights... All these Police officers opperate under color of State law and their conduct does NOT follow conduct that is in Good Faith... there for "BAD Faith" must be concidered... I shurely would not put my faith in these Officers so BAD Faith by my opinion --- I suffered physical injury, Emotional distress and am seeking punitive damages to deture this by this Departments High Requirement for Standard... due to possition for the State requirments

<u>Claim 1</u>: On or about <u>January 14, 2018</u> (Date), my civil right to <u>Freedom from cruel and unusual punishment</u>
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by <u>Easy Park (Jamie Shaver & Justin McClure) John Doe CEO</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On or about January 14, 2018 1300 hrs I was assaulted and Battered by employees of Easy Park. When Security Officers unlawfully detained me by excessive force causing physical and emotional damages to myself...

Wile I was taking a Lunch at 245 E 5th Ave Anchorage, AK after singing to God at the top of the parking garage more specific the Park located on top of the garage... I was charged with Trespass and Disorderly Conduct (RECENTLY both charges were dismissed)... IN An attempt conspiring to cover up this violation of my many Civil Rights....

These Officers assaulted me with blows to the head from Elbows and Knees to the groin and stomach also once in handcuffs trying to break my hands by bending and mashing my face into the ground... witnessed by a family who were figure skating that I was watching wile eating... also by survailance cameras across the entire area... They told me it was time that I left... I stated it indeed was not the time I had determined to leave for I was waiting on my ride to call... I told them I believed the PARK on top of the garage was municipal and that I was a citizen enjoying the rec. equipment like the others there... they surrounded myself and one of the defendants proceeded to assault me and the other joined him...

Prisoner § 1983 - 3
PS01, Nov. 2013

**Claim 3:** On or about <u>January 14, 2018</u> (Date), my civil right to <u>Freedom of Religion</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by <u>Easy Park 'CEO John Doe'; Justin McClure, Jamie Shaver</u>
(Name of the specific Defendant who violated this right)

**Supporting Facts** (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

On or about Jan 14 2018, 1300 hrs I Jason DelPriore was ontop parking garage at the Park (municipal Rec) Singing Songs to my God when I took a break to lunch/snack I was aproched by employees of Easy Park Security: Justin McClure and Jamie Shaver and was told "It was about time I left." I had been singing to God worshiping in my personal way to worship and these Security officers opperating under color of state law knowingly violated my civil rights acting maliciously by using violance to stop me from futher worshiping my God... Conspired to legitimise there actions witch caused me emotional trama in the deepest regaurd... As if I was under Spiritual War against park powers and principalities in High places... I tried to state that the park located at 245 E 5th Ave was municipal and I was a citizen born and raised... yet actions from bothe of these persons under Easy Park employment maliciously intended to end what I was doing...

Police Reports incident #A1801403416 States I was singing to God. Along with camera located in squadcar called WATCHGUARD has that I stated All I was doing was trying to Sing..."<u>Weres the Love</u>".

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): ___N/A___

Defendant(s): ___N/A___

Name and location of court: ___N/A___

Docket number: __N/A__ Name of judge: __N/A__

Approximate date case was filed: __N/A__ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): ___N/A___

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised: _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____ N/A _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____ N/A _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, _X_ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____ N/A _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, _X_ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**4. Are you in imminent danger of serious physical injury?** ___ Yes _X_ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: Not in imminent danger

F. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ (To be determained)

2. Punitive damages in the amount of $ to be determained

3. An order requiring defendant(s) to Resign as officers opperating undor color of state law

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. __✓__ Yes _____ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at 1300 E. 4th Ave Anchorage Alaska on May 1, 2018
 (Location)                                              (Date)

_Jason Wellmore_
(Plaintiff's Signature)

_____    _____
Original Signature of Attorney (if any)          (Date)

_____
_____

Attorney's Address and Telephone Number

Jason DelPriore # 449385
Anchorage Correctional Complex West-
1300 E. 4th AVE
Anchorage, AK

neopost 05/08/2018
US POSTAGE $002.68⁰
ZIP 99501
041L11253886

Clerk of the Court
222 W. 7th AVE
Anchorage, AK 99501